# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BERRY,<br><br>    Plaintiff,<br><br>v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00172-LJO-SAB<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO SUBMIT THE CORRECT FORM OR PAY THE FILING FEE WITHIN THIRTY DAYS<br><br>(ECF No. 2) |

Plaintiff is proceeding pro se in this action pursuant to 42 U.S.C. § 1983. On January 29, 2018, Plaintiff filed a complaint and motion to proceed in forma pauperis. (ECF Nos. 1, 2.) Plaintiff did not complete the required application to proceed in forma pauperis and the motion filed does not include sufficient information for the court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is denied without prejudice;
2. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;
3. No extension of time will be granted without a showing of good cause; and

1

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **February 5, 2018**

_____
UNITED STATES MAGISTRATE JUDGE