# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BERRY,<br><br>    Plaintiff,<br><br>v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00172-LJO-SAB<br><br>ORDER VACATING MARCH 15, 2018 FINDINGS AND RECOMMENDATIONS AND REQUIRING PLAINTIFF TO SUBMIT LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN TWENTY DAYS<br><br>(ECF Nos. 4, 5) |

    Plaintiff Debra Berry, proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983 on January 29, 2018. (ECF No. 1.) She also filed a motion to proceed in forma pauperis. (ECF No. 2.) On February 5, 2018, Plaintiff's motion to proceed in forma pauperis was denied without prejudice because it did not include sufficient information for the Court to determine if she is entitled to proceed without prepayment of fees in this action. (ECF No. 3.) She was ordered to either submit the application to proceed in forma pauperis provided to her or pay the filing fee within thirty days of service of the order. (ECF No. 3.) Plaintiff had not filed the application, paid the filing fee, or otherwise responded to the order, so on March 15, 2018, the Court issued findings and recommendations recommending that this action be dismissed without prejudice for Plaintiff's failure to pay the filing fee or submit an application to proceed in forma pauperis in compliance with the Court's February 5, 2018 order. (ECF No. 4.)

    On March 27, 2018, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 5.) Plaintiff indicates that she is receiving supplemental security income and that she has $15.00 in cash, checking, and savings accounts. She attached a letter from the Social Security

1  Administration stating that she is receiving $997.04 per month in supplemental security income.

2  In Plaintiff's first motion to proceed in forma pauperis, she indicated some expenses totaling $600.00 per month. (ECF No. 2.) Therefore, Plaintiff's income appears to be higher than her expenses such that she may be able to pay the filing fee in this action. However, the Court recognizes that Plaintiff may have not described all of her expenses in her first motion to proceed in forma pauperis.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full. Plaintiff is also reminded that she must comply with the Court's deadline and if she cannot meet the deadline, she is required to file a written motion demonstrating good cause for any requested extension of time prior to the deadline.

Based upon the foregoing, IT IS HEREBY ORDERED that:

1. The March 15, 2018 findings and recommendations are VACATED;
2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;
3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and
4. If Plaintiff fails to comply with this order, the Court shall recommend that this action be dismissed.

IT IS SO ORDERED.

Dated: __**March 29, 2018**__

UNITED STATES MAGISTRATE JUDGE