# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BERRY,<br><br>        Plaintiff,<br><br>    v.<br><br>YOSEMITE COMMUNITY COLLEGE DISTRICT, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00172-LJO-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF Nos. 5, 8) |

      Plaintiff Debra Berry, proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983 on January 29, 2018. (ECF No. 1.) She also filed a motion to proceed in forma pauperis. (ECF No. 2.) On February 5, 2018, Plaintiff's motion to proceed in forma pauperis was denied without prejudice because it did not include sufficient information for the Court to determine if she is entitled to proceed without prepayment of fees in this action. (ECF No. 3.) She was ordered to either submit the application to proceed in forma pauperis provided to her or pay the filing fee within thirty days of service of the order. (ECF No. 3.) Plaintiff had not filed the application, paid the filing fee, or otherwise responded to the order, so on March 15, 2018, the Court issued findings and recommendations recommending that this action be dismissed without prejudice for Plaintiff's failure to pay the filing fee or submit an application to proceed in forma pauperis in compliance with the Court's February 5, 2018 order. (ECF No. 4.)

1

1 On March 27, 2018, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 5.) On March 30, 2018, the Court vacated the findings and recommendations and directed Plaintiff to file a long form application to proceed in forma pauperis or pay the filing fee. (ECF No. 6.)

On April 11, 2018, Plaintiff filed a long form application to proceed in forma pauperis. (ECF No. 8.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: __**April 12, 2018**__

UNITED STATES MAGISTRATE JUDGE